■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v URIAH WILLIAMS, Appellant. [19 NYS3d 890]—Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered or about September 10, 2014, which adjudicated defendant a level one sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly designated defendant a sexually violent offender because he was convicted of rape in the first degree, an enumerated sexually violent offense, and the court lacked discretion to do otherwise (*see People v Bullock*, 125 AD3d 1 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). We decline to revisit our holding in *Bullock*. In any event, although no factual finding of violence is necessary, the record establishes that defendant's conduct can be fairly described as violent.

Defendant's due process argument is unpreserved and without merit. Concur—Tom, J.P., Friedman, Saxe and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM RIVERA, Appellant. [19 NYS3d 891]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about July 11, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Saxe and Gische, JJ.